_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
May 10, 2013
_____

WILLIAM A. VAN METER, TRUSTEE
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada  89513
Telephone:  (775) 324-2500
tobyc13@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO. BK-N 10-50476-GWZ |
| GEORGE D. MATTEONI<br>BARBARA P. MATTEONI, | Chapter 13 |
| Debtors. | **ORDER CONFIRMING CHAPTER 13 MODIFIED PLAN** |
| / | Hearing Date:  April 12, 2013<br>Hearing Time:  2:00 p.m. |

    Having considered the Debtors' motion to modify the confirmed Chapter 13 plan in this case, and having reviewed and considered any arguments and comments of counsel and for good cause appearing;

    **IT IS ORDERED,** that the proposed Modification is approved as amended by this Order.

    **IT IS FURTHER ORDERED** that in addition to funds paid to the Trustee as of April 15, 2013 in the amount of $4,350.00, the Debtors' plan payments shall decrease from $580.00 per month to $100.00 per month beginning with the May 2013 payment and continue and include the August 2014 payment. The payments shall then increase to $500.00 the term of the 60 month plan.  The minimum plan base shall be $8,950.00, plus any additional tax refunds the Debtors may be entitled to receive during the period set forth in the confirmed plan.

      **IT IS FURTHER ORDERED**, that additional debtor attorneys fees in the amount of $250.00 for work performed in connection with this motion are approved and shall be paid by the Trustee as an administrative expense.

Prepared by:

CHAPTER 13 TRUSTEE

/S/ WILLIAM A. VAN METER
William A. Van Meter, Esq.

Approved by:

/S/ SEAN PATTERSON
SEAN P. PATTERSON, ESQ.
Attorney for Debtors

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

   _____ The court waived the requirements set forth in L.R. 9021.

   _____ No party appeared at the hearing or filed an objection to the motion.

   __X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as indicated above, or waived their right to approve the order, or failed to respond, as indicated below:

SEAN P. PATTERSON, ESQ.        __X__    Approved  \_\_\_\_\_ Disapproved  \_\_\_\_\_Failed to Respond

   _____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.


**Dated:** May 6, 2013

                  /S/ Teresa Herzinger
                  Teresa Herzinger
                  Assistant to William A. Van Meter, Trustee
                  P.O. Box 6630
                  Reno, NV  89509

###